DOWD, J.

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| Thelma Kleinman, etc., et al., | ) | |
| | ) | CASE NO. 5:07CV0698 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | <u>JUDGMENT ENTRY</u> |
| | ) | |
| Oak Associates, Ltd., et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the defendants' motion to dismiss the plaintiffs' claims brought under federal question jurisdiction is granted. The Court declines to exercise its supplemental jurisdiction over the remaining claims arising under Ohio law and dismisses them without prejudice. Case closed.

IT IS SO ORDERED.

| | |
|---|---|
|  July 16, 2007 |   *S/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |